Exhibit 3

| SUMMONS | DOCKET NO. 2580CV00126 | Massachusetts Trial Court Superior Court |
|---|---|---|
| Julian Ross <br> PLAINTIFF(S) <br> v. Benchling, Inc. <br> DEFENDANT(S) | Daniel R. Carey <br><br> Hampshire | CLERK OF COURTS <br><br> COUNTY |

THIS SUMMONS IS DIRECTED TO __Benchling, Inc.__ (Defendant's name).

You are being sued. The Plaintiff(s) named above started a lawsuit against you. A copy of the Plaintiff(s)' Complaint filed against you is attached to the Summons, and the original Complaint has been filed in __Hampshire__ Superior Court.

### YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.

1. **You must respond to this lawsuit in writing within 20 days.**

   If you do not respond, the Court may decide the case against you and award the Plaintiff(s) everything requested in the Complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff(s). If you need more time to respond, you may request an extension of time in writing from the Court.

2. **How to Respond.**

   To respond to this lawsuit, you must file a written response with the Court **and** mail a copy to the Plaintiff(s)' attorney, or the Plaintiff(s) if they are not represented by a lawyer. You can do this by:

   a) Filing your **signed original response** with the Clerk's Office for Civil Business in __Hampshire__ Superior Court, by mail, in-person, or electronically through the web portal www.eFileMA.com if the Complaint was e-filed through that portal; or

   b) Delivering or mailing a copy of your response to the Plaintiff(s)' attorney, or the Plaintiff(s) if they are not represented by a lawyer, at the following address: __Julian Ross, 105 East St. Apt. B, Hadley, MA 01035__

Superior Court—Civil—SC0XX (02/2024)

3. **What to Include in Your Response.**

   An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the facts alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in Court. If you have any claims against the Plaintiff(s), called counterclaims, that are based on the same facts or events described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff(s) about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Court no more than 10 days after sending your Answer.

   Another way to respond to a Complaint is by filing a "Motion to Dismiss" if you believe that the Complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Massachusetts Rules of Civil Procedure, Rule 12**. If you are filing a Motion to Dismiss, you must follow the filing rules for "Civil Motions in Superior Court," available at:

   www.mass.gov/law-library/massachusetts-superior-court-rules

4. **Legal Assistance.**

   You may wish to get legal help from a lawyer. If you cannot find or afford legal help, some basic information for self-represented litigants is available at: www.mass.gov/courts/selfhelp.

5. **Required Information on All Filings.**

   The "DOCKET NO." appearing at the top of this Summons is the unique case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

   Witness: Hon. Michael D. Ricciuti, Chief Justice, on this date, _____. (Seal)

   Clerk: _David R. Cary_ .

Note: The docket number assigned to the original Complaint by the Clerk should be stated on this Summons before it is served on the Defendant(s).

## PROOF OF SERVICE OF PROCESS



Suffolk County Sheriff's Department • 132 Portland Street, Boston, MA 02114 • (617) 704-6999

*Suffolk, ss.*

September 23, 2025

I hereby certify and return that on 9/23/2025 at 8:55 AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Tasha Mann, agent and person in charge at the time of service for Benchling Inc., at CT Corporation System 155 Federal Street Suite 700 Boston, MA 02110 . Administrative Fee ($15.00) Attest/Copies ($5.00) Basic Service Fee (IH) ($30.00) Conveyance ($0.30) Postage and Handling ($1.00) Travel ($25.40) Deputy Expense ($5.00) Total: $81.70

Deputy Sheriff     Gabrielle Drapeau

*Deputy Sheriff*

ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON DEFENDANTS.

DATE: _____