Exhibit 4

# COMMONWEALTH OF MASSACHUSETTS
# HAMPSHIRE COUNTY SUPERIOR COURT

JULIAN ROSS,

        Plaintiff,

v.

BENCHLING, INC.,

        Defendant.

CIVIL ACTION NO.: 2580 CV 00126

## NOTICE OF FILING NOTICE OF REMOVAL

Defendant Benchling, Inc. ("Benchling") hereby gives notice to this honorable Court, pursuant to 28 U.S.C. § 1446(a), that this action has been removed to the United States District Court for the District of Massachusetts. A copy of the Summons and Complaint is attached hereto as **Exhibit 1**, and a copy of the Notice for Removal is attached hereto as **Exhibit 2**.

Benchling further certifies that, pursuant to 28 U.S.C. § 1446(d), Plaintiff has been served with this Notice of Filing Notice of Removal in accordance with the Federal Rules of Civil Procedure.

Dated: October 9, 2025        Respectfully submitted,

**BLETZER & BLETZER, P.C.**

_/s/ Bletzer_
_____
Conrad J. Bletzer Jr., BBO No. 045760
300 Market Street
Brighton, MA 02135
617.254.8900
conrad@bletzerlaw.com

Shawn D. Fabian, Ill. Bar No. 6310637
Katherine Oblak, Ill. Bar No. 6307200
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
321 North Clark St., 32nd Floor
Chicago, Illinois 60654
312.499.6300
sfabian@sheppardmullin.com
koblak@sheppardmullin.com

*Attorneys for Defendant Benchling, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing NOTICE OF FILING NOTICE OF REMOVAL was electronically filed with the Clerk of the Court and that a copy of the foregoing instrument was sent by first-class U.S. mail, postage prepaid, on October 9, 2025, addressed to the following parties:

Julian Ross
105 East Street, Apt. B
Hadley, MA 01035
jross2l@gmail.com

_____(copy)_____