UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIAN ROSS,<br><br>          Plaintiff,<br><br>v.<br><br>BENCHLING, INC.,<br><br>          Defendant. | Civil Action No. 3:25-cv-30176 |

**BENCHLING'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant Benchling, Inc. ("Benchling") states that it is a non-governmental, privately held corporation. No parent corporation or any other publicly held corporation owns 10% or more of Benchling's stock.

Pursuant to Fed. R. Civ. P. 7.1(b), Benchling states that it is a citizen of Delaware and California for purposes of diversity jurisdiction. Benchling is incorporated in Delaware. Benchling maintains its principal place of business and corporate headquarters in San Francisco, California.

| | |
|---|---|
| Dated: October 14, 2025 | Respectfully submitted,<br><br>**BLETZER & BLETZER, P.C.**<br><br>*/s/ Conrad J. Bletzer, Jr.*<br>Conrad J. Bletzer, Jr., BBO No. 045760<br>300 Market Street<br>Brighton, MA 02135<br>617.254.8900<br>conrad@bletzerlaw.com<br><br>Shawn D. Fabian, Ill. Bar No. 6310637 (*pro hac vice* admission pending)<br>Katherine Oblak, Ill. Bar No. 6307200 (*pro hac vice* admission pending)<br>**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>321 North Clark St., 32nd Floor<br>Chicago, Illinois 60654<br>312.499.6300<br>sfabian@sheppardmullin.com<br>koblak@sheppardmullin.com<br><br>*Attorneys for Defendant Benchling, Inc.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing BENCHLING'S RULE 7.1 DISCLOSURE STATEMENT was electronically filed with the Clerk of the Court and that a copy of the foregoing instrument was sent by first-class U.S. mail, postage prepaid, on October 14, 2025, addressed to the following parties:

Julian Ross

105 East Street, Apt. B

Hadley, MA 01035

jross2l@gmail.com

                                                            */s/ Conrad J. Bletzer, Jr.*