AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| JULIAN ROSS | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:25-cv-30176-MGM |
| BENCHLING, INC. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant BENCHLING, INC.

Date: 10/17/2025

/s/ Katherine H. Oblak
*Attorney's signature*

Katherine H. Oblak (IL 6307200 - Admitted PHV)
*Printed name and bar number*

Sheppard Mullin Richter & Hampton LLP
321 North Clark Street, 32nd Floor
Chicago, Illinois 60654
*Address*

koblak@sheppardmullin.com
*E-mail address*

(312) 499-6372
*Telephone number*

(312) 499-6301
*FAX number*