**MCAD Springfield Office**
**436 Dwight St. Rm. 220, Springfield, MA 01103**
**Springfield Main Phone (413) 739-2145/3330**
**Springfield FAX (413) 784 1056**

---

MCAD DOCKET NUMBER: 23SEM01744   EEOC/HUD CHARGE NUMBER: 16C-2023-01848
FILING DATE: 06/30/23   VIOLATION DATE: 09/15/22

---

Name of Aggrieved Person or Organization:
Julian Ross
173 Aldrich Street
Belchertown, MA 01007
Primary Phone: (413)531-9810

---

Named is the employer, labor organization, employment agency, state/local government agency, or other entity who discriminated against me:
Benchling, Inc.
Attn: Human Resources/Legal Department
680 Folsom Street, 8th Floor
San Francisco, CA 94107
Primary Phone: (415)590-2798


No. of Employees:   25+

Work Location: Boston, MA

---

Cause of Discrimination based on:
Disability (depression, anxiety, insomnia).

---

**The particulars are:**
I, Julian Ross, the Complainant, believe that I was discriminated against by Respondent Benchling, Inc., on the basis of Disability. This is in violation of M.G.L. c. 151B, Section 4, Paragraph 16, and the Americans with Disabilities Act of 1990, as amended.

See Attached Particulars.

---

I hereby verify, under the pains and penalties of perjury, that I have read this complaint and the allegations contained herein are true to the best of my knowledge.


_____
(Signature of Complainant)

MCAD Docket Number 23SEM01744, Complaint

MCAD Charge of Discrimination (1/7/19)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ MCAD<br>☐ EEOC | |

Massachusetts Commission Against Discrimination and EEOC
*State or local Agency, if any*

Name (Indicate Mr., Ms., Mrs.): Julian Ross
Home Phone (Incl. Area Code): 413-531-9810
Date of Birth: 4/21/90

Street Address: 173 Aldrich Street, Belchertown, MA 01007
Email: jross21@gmail.com

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency, and/or Person(s) who I Believe Discriminated Against Me. *(If more than two, list under PARTICULARS below.)*

Name: Benchling, Inc.
No. Employees, Members: over 100
Phone No. (Include Area Code): 415-590-2798

Street Address:
Principal: 680 Folsom Street, 8th Floor, San Francisco, CA 94107
Massachusetts: 100 Summer Street, 24th Floor, Boston, MA 02110

DISCRIMINATION BASED ON *(Check appropriate box(es).)*
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest — Latest: Sept. 15, 2022
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

See Attached.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 06/29/2023
Charging Party Signature

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

Page 1 of 4