THE COMMONWEALTH OF MASSACHUSETTS
COMMISSION AGAINST DISCRIMINATION
One Ashburton Place, Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

## - DISMISSAL -

| To: | Julian Ross<br>173 Aldrich Street<br>Belchertown, MA 01007 | **Case:** Julian Ross v. Benchling, Inc.<br>**MCAD Docket Number:** 23SEM01744<br>**EEOC/HUD Number:** 16C-2023-01848<br>**Investigator:** Junita Duvall |
|---|---|---|

Your complaint has been dismissed as follows:

[ ]   Pursuant to 804 CMR 1.08(1)(a) (2020), the Commission accords substantial weight to the findings or resolution of the complaint by another forum and has decided to close the investigation accordingly.

[x]   Pursuant to 804 CMR 1.08(1)(b) (2020), the complaint is dismissed after being withdrawn pursuant to 804 CMR 1.04(12) (2020). You are required to file a copy of a complaint filed in court after withdrawal from the Commission with the Commission's Office of the General Counsel pursuant to 804 CMR 1.04(13) (2020).

[ ]   Pursuant to 804 CMR 1.08(1)(d) (2020), the complaint is administratively dismissed due to:
   - [ ] bankruptcy of a party
   - [ ] death of a party
   - [ ] inability to locate a party after providing the party 30 days in which to respond to a notice sent to the party's last known address
   - [ ] adjudication by another forum
   - [ ] unreasonable refusal by complainant to cooperate with processing the case
   - [ ] failure to participate
   - [ ] refusal to accept a reasonable settlement offer
   - [ ] other:

[ ]   Pursuant to 804 CMR 1.08(1)(e) (2020), the parties have settled the case.

[ ]   Pursuant to 804 CMR 1.08(4)(a)(5) (2020), the Commission has entered an order reversing a probable cause determination.

**Please note that further administrative or judicial review of the dismissal of your complaint is unavailable.**

_____         ____July 30, 2025____
Sunila Thomas George                    Date
Investigating Commissioner

MCAD Docket Number 23SEM01744, Dismissal without Right to Appeal

THE COMMONWEALTH OF MASSACHUSETTS
COMMISSION AGAINST DISCRIMINATION
One Ashburton Place, Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

Cc:
Katherine H. Oblak, Esq.
SHEPPARD MULLIN RICHTR & HAMPTON LLP
321 North Clark St., 32nd FL
Chicago, IL 60654

Kevin M. Cloutier, Esq.
SHEPPARD MULLIN RICHTER & HAMPTON LLP
321 North Clark St., 32nd FL
Chicago, IL 60654

Margaret K. Yanulis, Esq.
SHEPPARD MULLIN RICHTER & HAMPTON
30 Rockefeller Plaza, 24th FL
New York, NY 10012

Robert L. Dambrov, Esq.
Halloran & Sage, LLP
1380 Main Street
Springfield, MA 01103

Shawn D. Fabian, Esq. (PHV)
SHEPPARD MULLIN RICHTER & HAMPTON
321 North Clark St., 32 FL
Chicago, IL 60654

MCAD Docket Number 23SEM01744, Dismissal without Right to Appeal