UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:25-cv-30176-MGM

| | |
|---|---|
| JULIAN ROSS, | ) |
|         *Plaintiff* | ) |
| v. | ) |
| BENCHLING, INC. | ) |
|         *Defendant* | ) |

**PLAINTIFF'S MOTION TO STAY OR DEFER CONSIDERATION OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND PARTIAL DISMISSAL PENDING DECISION ON PLAINTIFF'S MOTION TO REMAND**

### Introduction

1. Plaintiff Julian Ross respectfully moves this Court to stay or defer consideration of Defendant Benchling, Inc.'s Motion to Compel Arbitration or, in the Alternative, to Partially Dismiss (ECF Nos. 5 & 6) pending resolution of Plaintiff's Motion to Remand this action to the Massachusetts Superior Court in Hampshire County (ECF No. 16).

### Background

2. Plaintiff filed a Motion to Remand requesting that this action be returned to state court, where a parallel action (*Ross v. Benchling*, Inc., Docket No. 2580CV00126, Hampshire County Superior Court) was filed.

3. The removed action asserts exclusively Massachusetts statutory and common-law claims, including discrimination, retaliation, and privacy violations.

4. Defendant's motion to compel arbitration and partial dismissal presupposes that this Court has subject-matter jurisdiction to adjudicate the merits.

5. If the Court grants remand, the arbitration motion will be rendered moot.

**Argument**

6. The Court must first determine whether it possesses jurisdiction before reaching the merits of any motion, including one to compel arbitration. See *Steel Co. v. Citizens for a Better Environment*, 523 U.S. 83, 94 (1998). Resolving the remand motion first promotes judicial economy and ensures that the Court does not exercise authority it may not possess.

7. This Court has inherent authority to stay proceedings pending the resolution of related matters. See *Landis v. North American Co.*, 299 U.S. 248, 254 (1936). Staying or deferring briefing until the remand issue is decided will conserve resources, avoid duplicative litigation, and prevent inconsistent outcomes between this Court and the state forum.

**Alternative Request for Extension of Time**

8. Should the Court decline to stay or defer proceedings, Plaintiff respectfully requests, pursuant to Fed. R. Civ. P. 6(b)(1)(A), an extension of time to file his Opposition to Defendant's motion until fourteen (14) days after the Court issues its ruling on the Motion to Remand, or such other period as the Court deems just and proper.

**Conclusion**

9. For the foregoing reasons, Plaintiff respectfully requests that this Court:

   a. Stay or defer consideration of Defendant's Motion to Compel Arbitration and Partial Dismissal until after the Court rules on Plaintiff's Motion to Remand;

   b. In the alternative, extend Plaintiff's deadline to file his Opposition until fourteen (14) days after the Court's ruling on the Motion to Remand; and

   c. Grant such other and further relief as the Court deems just and proper.

**<u>Exhibits Attached:</u>**

A. Plaintiff's Motion to Remand (ECF No. 16)

B. Defendant's Motion to Compel Arbitration and Partial Dismissal (ECF No. 5)

**Local Rule 7.1(a)(2) Certification**

Pursuant to Local Rule 7.1(a)(2), the undersigned certifies that he conferred, or made reasonable and good-faith efforts to confer, with counsel for Defendant Benchling, Inc. via email and telephone on October 23, 2025, in an effort to resolve or narrow the issues presented by this motion. As of the time of filing, Defendant has not stated its position or provided any substantive response to those conferral efforts.

.

Dated: October 26, 2025

                                            Respectfully Submitted,

                                            PLAINTIFF, PRO SE

                                            _/s/ Julian Ross_____

                                            Julian Ross
                                            105 East Street
                                            Apt. B
                                            Hadley, MA 01035
                                            (413) 531-9810
                                            jross21@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, which will send notice electronically to all counsel of record.

        PLAINTIFF, PRO SE

        */s/* Julian Ross

        Julian Ross
        105 East Street
        Apt. B
        Hadley, MA 01035
        (413) 531-9810
        jross21@gmail.com
        Pro Se Plaintiff