**Christian Kwon**
Science 🧬 Tech 👨‍💻 Coffee ☕



**Christian Kwon** 🔗 (He/Him) · 1st
Science 🧬 Tech 👨‍💻 Coffee ☕

---MAR 30, 2021---

 **Christian Kwon** 🔗 (He/Him) · 7:14 PM

Hi Julian thanks for connecting! I'll keep things brief from one SDR to another. My company (Benchling) is building a Senior SDR team in Boston, and we're looking for people with 1) SDR experience and 2) a scientific background.

- OTE: $80-95k with awesome perks and benefits (unlimited PTO, monthly wellness stipends, weekly happy hours, etc.)
- Our org is doubling this year, which means lots of room to grow vertically or laterally
- Benchling is a Pre-IPO, Series D company with $112m in funding

I know you're probably looking towards an AE role soon, rather than another SDR position. That said, we combine the best of both worlds between science and high-growth SaaS sales, and I think your background could help you kickstart an awesome career with us.

Would you or someone in your network be interested in learning about this?

Christian