# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIAN ROSS, <br><br> Plaintiff, <br><br> v. <br><br> BENCHLING, INC., <br><br> Defendant. | Civil Action No.: 3:25-cv-30176 |

## BENCHLING'S MOTION TO COMPEL ARBITRATION OR, IN THE ALTERNATIVE, TO PARTIALLY DISMISS

Defendant Benchling, Inc. ("Benchling"), by and through its undersigned counsel, hereby respectfully moves the Court for an Order: (i) compelling Plaintiff Julian Ross ("Plaintiff") to arbitrate his claims pursuant to the Federal Arbitration Act and the Massachusetts Uniform Arbitration Act; or, in the alternative, (ii) dismissing Counts IV–VIII for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6). In support of this Motion, Benchling states the following:

1. Plaintiff knowingly and voluntarily agreed to arbitrate his claims against Benchling, and his claims must proceed to arbitration. Plaintiff entered into a valid, irrevocable, and enforceable Arbitration Agreement with Benchling.

2. Plaintiff's claims plainly arise from his Benchling employment and fall squarely within the Arbitration Agreement's scope. Thus, this Court should enforce the parties' agreement by compelling Plaintiff to arbitrate his claims against Benchling.

3. Even if this Court declines to compel arbitration, at least five of Plaintiff's claims cannot stand. Counts IV through VIII – alleging wrongful termination in violation of public policy, promissory estoppel, violation of Mass. Gen. Laws ch. 272, § 99, violation of Mass. Gen. Laws ch. 214, § 1B, and intentional infliction of emotional distress – fail as a matter of law. The claims

lack the requisite factual predicates and simply parrot the statutory language, rendering them conclusory and ripe for dismissal pursuant to Fed. R. Civ. P. 12(b)(6).

For all the foregoing reasons and those set forth in the contemporaneously filed Memorandum of Law, this Court should grant Benchling's Motion, and provide such other and further relief, including costs and attorneys' fees, as the Court deems just and proper.

Dated: October 14, 2025

Respectfully submitted,

**BLETZER & BLETZER, P.C.**

*/s/ Conrad J. Bletzer, Jr.*
Conrad J. Bletzer, Jr., BBO No. 045760
300 Market Street
Brighton, MA 02135
617.254.8900
conrad@bletzerlaw.com

Shawn D. Fabian, Ill. Bar No. 6310637 (*pro hac vice* admission pending)
Katherine Oblak, Ill. Bar No. 6307200 (*pro hac vice* admission pending)
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
321 North Clark St., 32nd Floor
Chicago, Illinois 60654
312.499.6300
sfabian@sheppardmullin.com
koblak@sheppardmullin.com

*Attorneys for Defendant Benchling, Inc.*

## DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I, Conrad J. Bletzer, Jr., hereby certify pursuant to Local Rule 7.1(A)(2) that on October 9, 2025, counsel for Benchling conferred with Plaintiff in the above-entitled action, in a good faith attempt to resolve or narrow the issues raised by the instant motion.

*/s/ Conrad J. Bletzer, Jr.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing BENCHLING'S MOTION TO COMPEL ARBITRATION OR, IN THE ALTERNATIVE, TO PARTIALLY DISMISS was electronically filed with the Clerk of the Court and that a copy of the foregoing instrument was sent by first-class U.S. mail, postage prepaid, on October 14, 2025, addressed to the following parties:

Julian Ross

105 East Street, Apt. B

Hadley, MA 01035

jross2l@gmail.com

*/s/ Conrad J. Bletzer, Jr.*