## Annual Inventory of New Complaints
all cases filed during fiscal year (July 1 and June 30)



## FY24 Investigative Findings

**203** (16%) Probable Cause     **1073** (84%) Lack of Probable Cause

## FY24 Complaints Filed by Jurisdiction



| Jurisdiction | Count |
|---|---|
| Employment | 2814 |
| Private Housing | 316 |
| Public Accomodation | 279 |
| Public Housing | 123 |
| Education | 19 |
| Credit | 2 |

## Annual Inventory of Backlog Cases
all non-housing investigations >18 months old
YOY (%) increase of cases



FY20: 802; FY21: 1214 (51.37%); FY22: 1416 (16.64%); FY23: 1800 (27.12%); FY24: 1851 (2.83%)

## FY24 Active Case Inventory

**5782** (96%) Investigations     **240** (4%) Post-Probable Cause

## FY24 Adminstrative Closures



| Category | Count |
|---|---|
| Pre-Determination Settlement | 455 |
| Chapter 478 (removed to court) | 368 |
| Conciliated | 198 |
| R&A Dismissal | 177 |
| Withdrawn | 130 |
| Dismissed | 102 |
| Lack of Jurisdiction | 95 |
| Judicial Review | 15 |
| Failure to Cooperate | 13 |
| Withdrawn with Settlement | 8 |
| No Violation | 6 |
| Other* | 8 |
| Total Cases Closed in FY24 | 1575 |

*Violation/Enforcement (4), Housing Judicial Review (3), Bankruptcy (1)



Pie chart: Pre-Determination Settlement 28.9%, Chapter 478 (removed to court) 23.4%, Conciliated 12.6%, R&A Dismissal 11.2%, Withdrawn 8.3%, Dismissed 6.5%, Lack of Jurisdiction 6%, Other* 0.5%