UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. <u>3:25-cv-30176-MGM</u>

| | |
|---|---|
| JULIAN ROSS, | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) |
| | ) |
| BENCHLING, INC. | ) |
| *Defendant* | ) |
| | ) |

**NOTICE OF SUPPLEMENTAL EXHIBITS IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION**

Plaintiff Julian Ross respectfully submits the following supplemental exhibits in further support

of his Opposition to Defendant's Motion to Compel Arbitration (ECF No. 18):

1. **Exhibit H:** Email and screenshot showing the shared Google Sheets link titled

   "Benchling Offer Illustrator" used to convey and negotiate salary and stock-option terms

   and as an agreement prior to any DocuSign onboarding or arbitration materials; and

2. **Exhibit I**: Screenshot showing Google Workspace notice that the same "Benchling Offer

   Illustrator" document has been deleted or is no longer accessible.

These exhibits were recently discovered and are attached here to ensure the record accurately

reflects all contemporaneous offer materials relevant to contract formation and the timing of any

alleged assent to arbitration.

Respectfully Submitted,
PLAINTIFF, PRO SE

/s/ Julian Ross

Julian Ross
Plaintiff, Pro Se
105 East Street
Apt. B
Hadley, MA 01035
(413) 531-9810
jross21@gmail.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing document was filed through the

Court's CM/ECF system, which will send notice electronically to all counsel of record.


PLAINTIFF, PRO SE

<u>*/s/* Julian Ross</u>

Julian Ross
105 East Street
Apt. B
Hadley, MA 01035
(413) 531-9810
jross21@gmail.com
Pro Se Plaintiff