**Julian &lt;jross21@gmail.com&gt;**

# Benchling Offer Illustrator - Julian Ross - Invitation to edit
1 message

**Christian Haas-Kwon (via Google Sheets)** &lt;drive-shares-dm-noreply@google.com&gt;     Mon, May 10, 2021 at 4:08 PM
Reply-To: Christian Haas-Kwon &lt;christian@benchling.com&gt;
To: jross21@gmail.com

christian@benchling.com has invited you to **edit** the following spreadsheet:

    [Benchling Offer Illustrator - Julian Ross]

Open in Sheets

Google Sheets: Create and edit spreadsheets online.

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because christian@benchling.com shared a spreadsheet with you from Google Sheets.

