UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. <u>3:25-cv-30176-MGM</u>

|  |  |
|---|---|
| JULIAN ROSS,<br>               *Plaintiff*<br>v.<br>BENCHLING, INC.<br>               *Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### <u>NOTICE OF RELATED FILING IN CASE NO. 3:25-cv-30158-MGM</u>

Plaintiff respectfully provides notice that on this date, in the related matter Julian v. Benchling, Inc., Civil Action No. 3:25-cv-30158-MGM, Plaintiff filed the following documents:

1. <u>MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION</u>

2. <u>MEMORANDUM  MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION</u>;

3. Supporting Exhibits, including the 2013 Amended and Restated Stock Plan, Form of Option Agreement, Notice of Exercise, and Shareholder Certificate.

These filings concern overlapping factual and legal issues relevant to this action, including the scope of Plaintiff's shareholder and employment rights, the applicability of the Federal Arbitration Act, and the preservation of electronic evidence.

To avoid duplication and promote judicial economy, Plaintiff incorporates by reference the foregoing filings and exhibits submitted in Case No. 3:25-cv-30158-MGM, as if fully set

forth herein. Copies are available on the docket of that case and will be provided upon request.

This notice is submitted to ensure a complete record of related proceedings and to facilitate consistent consideration of overlapping issues between these actions.

Dated: November 10, 2025

                                                  Respectfully Submitted,

                                                  PLAINTIFF, PRO SE

                                                  /s/ Julian Ross

                                                  Julian Ross
                                                  105 East Street
                                                  Apt. B
                                                  Hadley, MA 01035
                                                  413-531-9810
                                                  jross21@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed through the

Court's CM/ECF system, which will send notice electronically to all counsel of record.

                        PLAINTIFF, PRO SE

                        */s/* Julian Ross

                        Julian Ross
                        105 East Street
                        Apt. B
                        Hadley, MA 01035
                        (413) 531-9810
                        jross21@gmail.com
                        Pro Se Plaintiff