| From: | Julian Ross |
|-------|-------------|
| To: | Katherine Oblak |
| Cc: | Conrad Bletzer, Jr; Shawn Fabian |
| Subject: | Re: Plaintiff's Motions to Stay or Defer re: Compelled Arbitration in 3:25-cv-30158-MGM and 3:25-cv-30176-MGM |
| Date: | Saturday, October 25, 2025 11:24:27 AM |

Ms. Oblak,

I plan to file my stay/defer motions by Monday at 12pm ET. If you can briefly outline Benchling's position by email over the weekend or on Monday morning, I'll reflect it in the 7.1 certification, and we can still speak at 3:30 ET if helpful.

Separately, on October 22, Atty. Catherine Wheeler (from Atty. Bletzer's firm) informed me that pro hac vice motions would be re-filed in both matters, following Judge Mastroianni's order denying the earlier submission in 30158 for lack of a Rule 7.1 certification. In my October 22 notice, I relayed to the Court that counsel intended to re-file in both cases. My assent to the admission of Mr. Fabian and yourself was predicated, in part, on those representations.

I note that the remedial pro hac vice motion has now been entered in 30158, but not yet in 30176. Before I plan to raise the issue with the Court, please confirm whether counsel still intends to re-file pro hac vice in 30176 consistent with Ms. Wheeler's representation, and if so, when you expect to do so.

Additionally, the 30176 motion appears to have been filed under the "miscellaneous relief" docketing category. My understanding is that pro hac vice motions must be filed under the "Appear Pro Hac Vice" category (as with your original filings), and that a separate filing fee is owed for each case. Please confirm that this will be corrected.

Thank you,
Julian Ross
413-531-9810
jross21@gmail.com


On Sat, Oct 25, 2025 at 10:27 AM Katherine Oblak <KOblak@sheppardmullin.com> wrote:

Thank you, Mr. Ross. Does 330 PM ET work for you? If so, I can call you then.


Thank you, and have a nice weekend.

---

**From:** Julian Ross <jross21@gmail.com>
**Sent:** Friday, October 24, 2025 9:26:17 AM
**To:** Katherine Oblak <KOblak@sheppardmullin.com>
**Cc:** Conrad Bletzer, Jr <ConradBletzer@bletzerlaw.com>; Shawn Fabian <SFabian@sheppardmullin.com>
**Subject:** Re: Plaintiff's Motions to Stay or Defer re: Compelled Arbitration in 3:25-cv-30158-MGM and 3:25-cv-30176-MGM

Ms. Oblak,

Thank you for your note. I am available to speak on Monday and will postpone filing until then. What time were you thinking?

Regards,
Julian Ross
413.531.9810

On Fri, Oct 24, 2025 at 10:18 AM Katherine Oblak <[KOblak@sheppardmullin.com](mailto:KOblak@sheppardmullin.com)> wrote:

> Mr. Ross,
>
> Thank you for your email.
>
> I am traveling and in meetings through Sunday. I can call you on Monday to discuss if that works well for you.
>
> Please let me know.
>
> Best,
>
> **Katherine H. Oblak** | Partner
> +1 312-499-6372 | direct
> [KOblak@sheppardmullin.com](mailto:KOblak@sheppardmullin.com) | Bio
>
> **Sheppard**Mullin
> 321 North Clark Street, 32nd Floor
> Chicago,  IL 60654
> +1 312-499-6300 | main
> [www.sheppardmullin.com](http://www.sheppardmullin.com) | LinkedIn
>
> ---
>
> **From:** Julian Ross <[jross21@gmail.com](mailto:jross21@gmail.com)>
> **Sent:** Thursday, October 23, 2025 12:17 PM
> **To:** Katherine Oblak <[KOblak@sheppardmullin.com](mailto:KOblak@sheppardmullin.com)>
> **Cc:** Conrad Bletzer, Jr <[ConradBletzer@bletzerlaw.com](mailto:ConradBletzer@bletzerlaw.com)>; Shawn Fabian <[SFabian@sheppardmullin.com](mailto:SFabian@sheppardmullin.com)>
> **Subject:** Re: Plaintiff's Motions to Stay or Defer re: Compelled Arbitration in 3:25-cv-30158-MGM and 3:25-cv-30176-MGM

Counsel,

I'm following up to add some more detail and clarity pursuant to Rule 7.1.

The first is a Motion to Stay or Defer Consideration of Benchling's Motion to Compel Arbitration in 3:25-cv-30176-MGM pending resolution of Plaintiff's Motion to Remand.

The second is a Motion to Stay 3:25-cv-30156-MGM pending resolution of state court action in 2580CV00126 (Mass. Superior Court) and/or 3:25-cv-30176-MGM.

Please let me know if you have any questions and your intention to assent or oppose the motions in both matters, so that I can inform the Court of Benchling's posture in my 7.1(a)(2) certifications.

Regards,

Julian Ross

413.531.9810

On Thu, Oct 23, 2025 at 12:39 PM Julian Ross <jross21@gmail.com> wrote:

> Counsel,
>
> In accordance with Local Rule 7.1, I am writing to confer regarding my intended Motion(s) to Stay or Defer Consideration of Defendant's Motion(s) to Compel Arbitration or, in the Alternative, to Partially Dismiss regarding both 3:25-cv-30158-MGM and 3:25-cv-30176-MGM.
>
> The purpose of these motions is to request that the Court defer briefing and consideration of Defendant's motion and extend response deadlines until after ruling on my pending Motion to Remand in 3:25-cv-30176-MGM. If the Court grants remand to state court, the motion to compel arbitration and/or dismiss will be moot, and deferring consideration in the meantime would conserve resources for both sides and the Court.

Please let me know whether Benchling will assent to or oppose this request so that I can accurately reflect your position in the filing. I intend to file the motion by the end of day tomorrow, Oct 24.

Thanks,


Julian Ross

413.531.9810

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.