UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIAN ROSS,<br><br>        Plaintiff,<br><br>v.<br><br>BENCHLING, INC.,<br><br>        Defendant. | Civil Action No.: 3:25-cv-30176-MGM<br><br>Judge Mark G. Mastroianni |

### BENCHLING'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION OR, IN THE ALTERNATIVE, TO PARTIALLY DISMISS THE COMPLAINT

      Defendant Benchling, Inc. ("Benchling"), by and through its undersigned counsel, hereby respectfully adopts and incorporates its Response to Plaintiff's Motion for Leave ("Motion for Leave") to File a Supplemental Memorandum in Opposition to Defendant's Motion to Compel Arbitration Or, In the Alternative, To Partially Dismiss the Complaint, filed in Case No. 3:25-cv-30158-MGM.[1] Benchling's Response is attached hereto as **Exhibit A**.

---

[1] On November 10, 2025, Plaintiff filed Notice of Related Filing in Case No. 3:25-cv-30158-MGM (i.e., notice of his Motion for Leave). (*See* ECF 24).

-2-

Dated: November 24, 2025

Respectfully submitted,

**BLETZER & BLETZER, P.C.**

*/s/ Conrad J. Bletzer, Jr.*
Conrad J. Bletzer, Jr., BBO No. 045760
300 Market Street
Brighton, MA 02135
617.254.8900
conrad@bletzerlaw.com

Shawn D. Fabian, Ill. Bar No. 6310637 (*pro hac vice* admission)
Katherine Oblak, Ill. Bar No. 6307200 (*pro hac vice* admission)
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
321 North Clark St., 32nd Floor
Chicago, Illinois 60654
312.499.6300
sfabian@sheppardmullin.com
koblak@sheppardmullin.com

*Attorneys for Defendant Benchling, Inc.*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing RESPONSE was electronically filed with the Clerk of the Court on November 24, 2025, and that a copy of the foregoing instrument was automatically sent via this Court's ECF system to all parties of record.

                                                            */s/ Conrad J. Bletzer, Jr.*